### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, SYCAMORE GAS COMPANY, and SYCAMORE GAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, COMMERCE & INDUSTRY INSURANCE COMPANY, PREMIER ENERGY SERVICES, LLC, and SUPERIOR UTILITY OPERATIONS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 18-cv-36-TWP-DML ) ) ) ) ) ) ) ) ) |

### ORDER OF DISMISSAL PURSUANT TO STIPULATION UNDER F.R.C.P. 41(a)

Pursuant to a Stipulation of Plaintiff AXIS Surplus Insurance Company ("AXIS"), Plaintiff Sycamore Gas Company, Plaintiff Sycamore Gas, Inc., Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), Defendant Commerce & Industry Insurance Company ("C&I"), Defendant Premier Energy Services, LLC and Defendant Superior Utility Operations, Inc., (collectively, the "Parties"), through their respective counsel of record,

IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety, as follows:

1. This action is dismissed *with prejudice* against Defendant National Union; Plaintiff Sycamore Gas Company; Plaintiff Sycamore Gas, Inc.; Defendant Premier Energy Services, LLC; and Defendant Superior Utility Operations, Inc.;

2. This action is dismissed *without prejudice* against Defendant C&I;

3. Each party is to bear its own fees and costs.

Date: 2/4/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF